**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| ROSSI CARR,<br>Individually and on Behalf of<br>all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT BUREAU OF THE SOUTH, INC.,<br><br>Defendant. | \| | CASE NO.:5:13-CV-02413-EEF-MLH |

## ORDER OF DISMISSAL WITH PREJUDICE

After considering Plaintiff's Motion to Dismiss the claims against Defendant Credit Bureau of the South, Inc., the Court is of the opinion that the following order should be entered:

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that all claims and causes of action asserted by Rossi Carr against Credit Bureau of the South, Inc. are dismissed WITH PREJUDICE.

ENTERED this _____10_____ day of _____Oct._____, 2013.



_____
United State District Court Judge

1